ties have been furnished with a memorandum for their information, only.

---

**Deandre BROWN, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 62178.

Missouri Court of Appeals,
Eastern District,
Division One.

May 25, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 23, 1993.

Application to Transfer Denied
Aug. 17, 1993.

David C. Hemingway, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Defendant appeals the denial of his 24.-035 motion based on ineffective assistance of counsel. We affirm per Rule 84.16(b) and 30.25(b). The findings of the motion court are not clearly erroneous and no error of law appears. No precedential value would be served by an opinion. The par-

